# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Sean Croley<br><br>　　　Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc.<br><br>　　　Defendant. | Case No.  1:13-cv-00917<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey S. Hyslip__
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　917 W. 18th Street
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60608

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Shannon Smith
Director of Litigation and Risk Management
Convergent Outsourcing, Inc.
800 SW 39th Street
Renton, WA 98057

/s/ Jeffrey Hyslip

2